UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

                Plaintiff,

-against-

WILHELM LIEBENBERG, CAROLINE SIROIS, JONATHAN E. MOSKIN, and John Does 1 – 6,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2022_

22 Civ. 4855 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 40-1. The proposed case management plan includes two sets of proposed dates throughout. *Id.* The parties' submission must be a joint submission. Accordingly, by **November 18, 2022**, the parties shall submit a revised proposed case management plan that includes jointly proposed dates by the parties. No extensions shall be granted without a showing of good cause.

    SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge