```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PERICLES LANTZ,

                            Plaintiff,

        -against-                                       22 Civ. 4855 (AT)

WILHELM LIEBENBERG, CAROLINE SIROIS,                    ORDER
JONATHAN E. MOSKIN, and John Does 1 – 6,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2022_

ANALISA TORRES, District Judge:

The Court has reviewed the parties' revised proposed case management plan. ECF No. 41. The parties' proposed deadline for the close of fact discovery exceeds 120 days. *Id.* ¶ 5. To the extent this proposed deadline is intended to account for Defendants' "request [for] specific time to conduct discovery from foreign third parties concerning anticipated affirmative defenses," *id.* ¶ 13, that request is DENIED without prejudice to renewal because it is not properly before the Court in a proposed case management plan. The same is true of Defendants' request for two separate hearings to "address Plaintiff's refusal to return improperly obtained attorney-client privileged documents" and "address the duplicative nature of the claims in this action and in the action before Judge Hellerstein: Laba v. JBO Worldwide Supply Pty Ltd. 1:20-cv-03443-AKH." *Id.* Neither of these requests is properly before the Court. Accordingly, both requests are DENIED without prejudice to renewal.

Accordingly, by **November 21, 2022**, the parties shall submit a second revised proposed case management plan that includes a revised deadline for the close of fact discovery that does not exceed 120 days. No extensions shall be granted without a showing of good cause.

SO ORDERED.

Dated: November 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge