```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/21/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

                Plaintiff,

-against-

WILHELM LIEBENBERG, CAROLINE SIROIS, JONATHAN E. MOSKIN, and John Does 1 – 6,

                Defendants.

22 Civ. 4855 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' revised proposed case management plan. ECF No. 44; *see also* ECF No. 42. The parties indicate that they consent to conducting all further proceedings before a magistrate judge. ECF No. 44 ¶ 1; *see also* ECF No. 42 ¶ 1. Accordingly, by **November 23, 2022**, the parties shall complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form at ECF No. 13.

    SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge