UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

        Plaintiff,

-against-

WILHELM LIEBENBERG, et al.,

        Defendants.

22-CV-4855 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing settlement negotiations mediated by Judge Parker in the parallel proceeding, *Laba v. JBO Worldwide Supply Pty Ltd.*, No. 1:20-CV-3443-AKH-KHP, the settlement conference in this matter, now scheduled for February 27, 2023, is ADJOURNED *sine die*. If the parties are unable to reach a global resolution and wish to proceed with the settlement conference before Judge Moses, they may contact Chambers to schedule a new conference date.

Dated: New York, New York
       February 23, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**