

**FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NEW YORK 10016-7474
212-682-7474
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212-338-3540
bfelder@foley.com EMAIL

CLIENT/MATTER NUMBER
106622-0134

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/23

March 3, 2023

**VIA ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re:   *Lantz v. Liebenberg, et al.*, 1:22-cv-04855

Dear Judge Moses,

Pursuant to Your Honor's Individual Rule 2 a, Defendants request that the conference scheduled for March 8, 2023 be adjourned to March 10 or 13.

There has been no previous request for the adjournment. The reason for the request is that the undersigned will be in Dallas on business on March 8 on a previously scheduled trip. Counsel for Plaintiff consents to this request.

Respectfully submitted,

*/s/ Barry G. Felder*
Barry G. Felder

cc:   Eddie Stone, Esq.
      Lisa Salmons, Esq.
      Graham Welch, Esq.

Application GRANTED. The conference scheduled for March 8, 2023 is ADJOURNED to **March 13, 2023 at 11:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 3, 2023

AUSTIN · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HOUSTON · JACKSONVILLE · LOS ANGELES · MADISON · MEXICO CITY · MIAMI · MILWAUKEE · NEW YORK · ORLANDO · SACRAMENTO · SALT LAKE CITY · SAN DIEGO · SAN FRANCISCO · SILICON VALLEY · TALLAHASSEE · TAMPA · WASHINGTON, D.C. · BRUSSELS · TOKYO