UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

                Plaintiff,

-against-

WILHELM LIEBENBERG, CAROLINE SIROIS, JONATHAN E. MOSKIN, and John Does 1 – 6,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/6/2023_
```

22 Civ. 4855 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 83. The parties' proposal includes discovery deadlines to which the parties have not agreed. *Id.* ¶ 6. The parties must agree to the dates proposed in the case management plan. *See, e.g.*, ECF No. 41. By **March 14, 2023**, after the discovery conference before the Honorable Barbara C. Moses on March 13, 2023, ECF No. 84, the parties shall resubmit their proposed case management plan. The submission shall be a joint one.

    In addition, by **March 10, 2023**, at **12:00 p.m.**, the parties shall file a joint letter that: (1) explains the relationship between this action and *Laba v. JBO Worldwide Supply Pty Ltd*, 20 Civ. 3443 (AKH), and (2) advises the Court on the status of the *Laba* matter. *See, e.g.*, ECF Nos. 40, 63, 70, 74, 76.

    SO ORDERED.

Dated: March 6, 2023
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge