```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

    Plaintiff,

-against-

CAROLINE LIEBENBERG, et al.,

    Defendants.

22-CV-04855 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the parties' settlement in principle, the discovery conference scheduled for March 13, 2023 is ADJOURNED *sine die*.

Dated: New York, New York
      March 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**