UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERICLES LANTZ,

                Plaintiff,

-against-

WILHELM LIEBENBERG, CAROLINE SIROIS, JONATHAN E. MOSKIN, and John Does 1 – 6,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2023_

22 Civ. 4855 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation of voluntary dismissal. ECF No. 93. The parties must specify whether the case is being voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41. Accordingly, by **June 15, 2023**, the parties shall file a revised proposed stipulation.

    SO ORDERED.

Dated: June 13, 2023
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge